**Kulwarn SINGH, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–73521.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2004.*

Decided April 28, 2004.

Robert B. Jobe, Esq., Law Office of Robert B. Jobe, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans,

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Esq., Nancy E. Friedman, Esq., U.S. Department of Justice, Washington, DC, for Respondents.

Before: THOMPSON, TASHIMA, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Petitioner Kulwarn Singh petitions for review of the Board of Immigration Appeals' (BIA) streamlined decision affirming the Immigration Judge's (IJ) denial of his application for asylum and withholding of removal.

Significant discrepancies between Singh's testimony and his declaration support the IJ's adverse credibility determination. Singh's failure to submit readily available corroborative evidence to buttress his testimony bolsters the IJ's credibility finding. *See Sidhu v. INS*, 220 F.3d 1085, 1090 (9th Cir.2000). Because the IJ's adverse credibility finding is supported by substantial evidence, we defer to that finding and deny the petition for review. *See Saballo–Cortez v. INS*, 761 F.2d 1259, 1266 (9th Cir.1984).

**PETITION DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

